**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **GAYNELL C. COLBURN, individually and on behalf of others similarly situated** | * |
| | * |
| Plaintiff | * |
| v. | * Civil Action No.: 1:18-cv-00801 |
| **MARRIOTT INTERNATIONAL, INC.** | * |
| Defendant | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## LINE REQUESTING LOCAL RULE 111 ORDER

Plaintiff Gaynell C. Colburn and Defendant Marriott International, Inc. jointly notify the Court that this matter has been settled and respectfully request that the Court issue a **45** day Local Rule 111 settlement order under the first and second sentences of Local Rule 111.

Dated: June 12, 2018                    Respectfully Submitted,

| | |
|---|---|
| /s/ E. David Hoskins<br>E. David Hoskins, Esq., #06705<br>THE LAW OFFICES OF E. DAVID HOSKINS, LLC<br>16 E. Lombard Street, Ste. 400<br>Baltimore, Maryland 21202<br>(410) 662-6500 (Tel.)<br>davidhoskins@hoskinslaw.com<br><br>s/ R. Bruce Carlson<br>R. Bruce Carlson<br>bcarlson@carsonlynch.com<br>CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>Telephone: (412) 322-9243<br><br>*Attorneys for Plaintiff,<br>Gaynell C. Colburn* | s/ Minh N. Vu (w/permission)<br>Minh N. Vu<br>SEYFARTH SHAW LLP<br>975 F St. N.W.<br>Washington, DC 20004<br>Telephone: (202) 463-2400<br>Facsimile: (202) 641-9256<br>mvu@seyfarth.com<br><br>*Attorneys for Defendant, Marriott International, Inc.* |